| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR05-00318-JSL |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR07-0276 MJJ |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT California | DIVISION Central |
|---|---|---|
| Queen Esther Page<br>7722 Hillside Street<br>Oakland, CA 94605 | NAME OF SENTENCING JUDGE Honorable J. Spencer Letts | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 6/19/06 — TO 6/18/09 |

OFFENSE
18 USC 641: Theft of government property

**FILED**
MAY – 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___CALIFORNIA___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __NORTHERN DISTRICT OF CALIFORNIA__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

DEC 1 3 2006
_Date_

_Spencer Letts_
_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 2 2007
_Effective Date_

_United States District Judge_