

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

MICHAEL W. DOBBINS
CLERK

July 23, 2007

Mr. Richard W. Wieking
Clerk
United States District Court
Phillip Burton United States
 Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

FILED
JUL 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Clerk:

**Re:  Case number 07cr276  USA v Queen E. Page**
Our case number: 07cr450    - Northern District of Illinois, Judge Der-Yeghiayan

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Queen E. Page, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:  *[signature]*
Ellenore Duff
Deputy Clerk

Enclosure

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | CR 07-0276-MJJ |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Queen E. Page | ND/CA | |
| | NAME OF SENTENCING JUDGE | |
| | Martin J. Jenkins | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 6/19/06 — TO 6/18/09 |

OFFENSE
18 U.S.C. 641: Theft of Government Property

**07 CR 450**

**JUDGE DER-YEGHIAYAN**

**MAGISTRATE JUDGE KEYS**

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of Illinois _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/13/2007   [signature]
Date — United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

[Stamp: TRUE COPY-ATTEST / MICHAEL W. DOBBINS CLERK / By [signature] / DEPUTY CLERK / U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS / 7-23-07]

JUL 17 2007    DATE: _____   [signature] James F. Holderman
Effective Date — United States District Judge

[Stamp: FILED JUL 19 2007 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT]